SHARTSIS FRIESE LLP
JAMES MARTIN, ESQ. (Bar #170044)
KATHERINE CALDWELL, ESQ. (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; kcaldwell@sflaw.com

Attorneys for Plaintiff
SAND HILL ADVISORS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND HILL ADVISORS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAND HILL ADVISORS LLC, a California limited liability company,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR SERVICE MARK INFRINGEMENT** |

Plaintiff Sand Hill Advisors LLC ("Sand Hill Advisors"), by its attorneys, for its Complaint against the Defendant, alleges as follows:

## NATURE OF THE ACTION

1. This is an action in law and equity for service mark infringement under the Lanham Act, 15 U.S.C. § 1051, et seq. Sand Hill Advisors is a leading wealth management firm in the San Francisco Bay Area that has been operating under the SAND HILL ADVISORS name and service mark since 1995. Sand Hill Advisors offers a variety of investment-related services, including, among others, various services related to real estate. As described in more detail below, Defendant subsequently adopted an identical mark—Sand Hill Advisors—that Defendant is now using in commerce in connection with Defendant's real estate services. Defendant was aware or should have been aware of Plaintiff's SAND HILL ADVISORS service mark prior to

the time it adopted and/or used the infringing mark. Defendant's use of an identical name and service mark has caused and will continue to cause substantial irreparable injury to Plaintiff, who through this action seeks to enjoin Defendant's use of the SAND HILL ADVISORS mark.

## THE PARTIES

2.   Plaintiff Sand Hill Advisors LLC is a Delaware limited liability company with its principal place of business in Palo Alto, California.

3.   On information and belief, Defendant Sand Hill Advisors LLC ("Defendant") is a California limited liability company with its principal place of business in Los Altos, California.

## JURISDICTION AND VENUE

4.   The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. § 1125(a), as Plaintiff's claim arises under the trademark laws of the United States set forth in the Lanham Act, 15 U.S.C. § 1051, et seq.

5.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as Defendant resides in this district, does substantial business in this district, and the acts of infringement alleged herein have occurred in this district.

## INTRADISTRICT ASSIGNMENT

6.   Pursuant to Local Rule 3-2, Intellectual Property Actions are assigned on a district-wide basis.

## STATEMENT OF FACTS

7.   Sand Hill Advisors is a leading wealth management firm based in Palo Alto, California, with over $1 billion in assets under its direction. Plaintiff Sand Hill Advisors LLC and its predecessors-in-interest have been operating continuously under the "SAND HILL ADVISORS" name and service mark since 1995. The SAND HILL ADVISORS service mark was first used by Sand Hill Advisors, Inc., a California corporation in 1995. In 2000, Sand Hill Advisors, Inc. changed its state of incorporation to Delaware, but maintained its principal place of business in Palo Alto and continued to do business in California. Subsequently, in November 2007, Sand Hill Advisors, Inc. changed from a corporation to a limited liability company. Plaintiff's offices, employees, services and service marks all remained the same after Plaintiff

changed from a corporation to a limited liability company. At all times relevant herein, Plaintiff and its predecessors-in-interest used an identical service mark -- SAND HILL ADVISORS -- in connection with identical or substantially similar services.

8. Plaintiff uses the SAND HILL ADVISORS service mark in connection with a variety of investment-related services, including, among others, counseling clients with respect to real estate investments, providing investment advice regarding the real estate market, providing access to real estate investments to its clients, and investing in Real Estate Investment Trusts ("REITS"). Plaintiff also offers other comprehensive, individualized services for high net-worth clients, which services include investment planning and risk management, retirement and estate planning, philanthropic strategies, divorce financial consulting and solutions for women in transition.

9. The use of the SAND HILL ADVISORS name and service mark by Plaintiff and its predecessors-in-interest has been continuous and uninterrupted for approximately thirteen (13) years. Through its continuous and exclusive marketing, advertising and use, the SAND HILL ADVISORS service mark has developed enormous goodwill. As a result of the foregoing, Plaintiff's SAND HILL ADVISORS mark has become well known to consumers and has become associated with Plaintiff's services.

10. Defendant has adopted and uses an identical service mark—SAND HILL ADVISORS—in connection with its commercial real estate services, including, among other things, acquiring, developing, leasing and managing properties. On information and belief, Defendant first used the SAND HILL ADVISORS service mark in 1999.

11. On information and belief, Defendant offers its services in the same geographical areas as Plaintiff. Both Plaintiff and Defendant, for example, use the SAND HILL ADVISORS mark in connection with services in Northern California. Defendant's use of the SAND HILL ADVISORS service mark in connection with Defendant's services causes a likelihood of consumer confusion and constitutes service mark infringement.

12. As a proximate result of the Defendant's use of the SAND HILL ADVISORS service mark, Plaintiff has been damaged, and will continue to suffer damage, to its business,

- 3 -
Case No.   COMPLAINT FOR TRADEMARK INFRINGEMENT

reputation and goodwill by virtue of the fact that consumers may mistakenly believe that Plaintiff is affiliated, associated or connected with Defendant.

13. Plaintiff has provided notice to Defendant that Plaintiff believes Defendant is infringing the SAND HILL ADVISORS mark in connection with its services. Defendant has refused to cease and desist from infringing the SAND HILL ADVISORS mark.

## CLAIM FOR RELIEF

### Service Mark Infringement Under 15 U.S.C. § 1125(a)

14. Sand Hill Advisors repeats and realleges, as if fully set forth, the allegations contained in paragraphs 1 through 13.

15. Sand Hill Advisors owns the SAND HILL ADVISORS service mark, which has been used in interstate commerce since 1995. Such use has been continuous, uninterrupted and precedes the Defendant's use of the SAND HILL ADVISORS mark.

16. Plaintiff's SAND HILL ADVISORS service mark is inherently distinctive and/or has acquired secondary meaning.

17. Defendant has infringed the SAND HILL ADVISORS service mark within the meaning of 15 U.S.C. § 1125(a) by, among other things, using the SAND HILL ADVISORS mark in connection with its services in the same geographical area as Plaintiff.

18. Defendant's objectionable use of the SAND HILL ADVISORS service mark has not been authorized by Sand Hill Advisors. Such use is likely to cause confusion, to cause mistake, or to deceive the consuming public as to the affiliation, connection or association of the Defendant with Sand Hill Advisors, or as to the origin, sponsorship or approval of the Defendant's services by Sand Hill Advisors. Additionally, such use misappropriates the extensive and longstanding goodwill built up by Sand Hill Advisors.

19. Defendant's acts of service mark infringement have been committed with the intent to cause confusion, mistake, and deception, and were otherwise deliberate, knowing, willful, and/or in bad faith.

20. Defendant's acts of service mark infringement have damaged and are likely to continue to damage Sand Hill Advisors' business, reputation and goodwill. On information and

belief, Defendant will continue to infringe on Sand Hill Advisors' service mark to the irreparable harm of Plaintiff unless such infringement is enjoined by this Court pursuant to 15 U.S.C. § 1116.

### PRAYER FOR RELIEF

WHEREFORE, Sand Hill Advisors prays for the following relief:

1. For a preliminary and permanent injunction against Defendant and any officers, agents, employees, or attorneys of Defendant, and all others in active concert or participation with them, restraining them from using the SAND HILL ADVISORS service mark;

2. For an order, pursuant to 15 U.S.C. § 1118, that all labels, signs, prints, packages, products, stationery, promotional materials, and advertisements in the possession of Defendant bearing the SAND HILL ADVISORS mark, and all plates, molds, matrices, and other means of making the same, be delivered up and destroyed;

3. That this Court, pursuant to 15 U.S.C. § 1117(a), award Plaintiff costs of the action;

4. That this Court, pursuant to 15 U.S.C. § 1117(a), award Plaintiff reasonable attorneys' fees;

5. That this Court order such other and further relief as it deems just and appropriate.

DATED: November 4, 2008                    SHARTSIS FRIESE LLP

By: /s/ James P. Martin
JAMES P. MARTIN

Attorneys for Plaintiff
SAND HILL ADVISORS

3581\004\1539784.3