MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
JAS S. DHILLON (State Bar No. 252842)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
mike.bettinger@klgates.com
rachel.davidson@klgates.com
jas.dhillon@klgates.com

J. MICHAEL KEYES (STATE BAR NO. 262281)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone: (509) 624-2100
Facsimile:  (509) 456-0146
mike.keyes@klgates.com

Attorneys for Defendant
SAND HILL ADVISORS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND HILL ADVISORS LLC, a Delaware limited liability company,<br><br>                              Plaintiff,<br><br>       v.<br><br>SAND HILL ADVISORS LLC, a California limited liability company,<br><br>                              Defendant. | **Case No. CV-08-5016-SBA**<br><br>**ORDER GRANTING DEFENDANT SAND HILL ADVISORS LLC'S STIPULATION TO AMEND ANSWER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

Defendant Sand Hill Advisors LLC's stipulation to amend its Answer to assert additional Affirmative Defenses challenging Plaintiff's legal capacity and standing to bring its present lawsuit is granted.

DATED: 5/27/09                                  _____
                                                          Honorable Judge Saundra B. Armstrong

---

[PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATION TO AMEND ANSWER
Case No. CV-08-5016-SBA                           1                              Printed on Recycled Paper