UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company, | Case No: C 08-5016 SBA |
|        Plaintiff, | **ORDER** |
|    vs. | Docket 35 |
| SAND HILL ADVISORS, LLC, a California limited liability company, | |
|        Defendant. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's ex parte application to have its motion for summary judgment heard on January 12, 2010 is GRANTED. Plaintiff's opposition shall be filed no later than December 4, 2009 and Defendant's reply shall be filed by no later than December 11, 2009. This Order terminates Docket No. 35.

IT IS SO ORDERED.


Dated: November 19, 2009



IT IS SO ORDERED

Judge Saundra B. Armstrong