SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
KATHERINE R. MILLER (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; kmiller@sflaw.com

Attorneys for Plaintiff
SAND HILL ADVISORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAND HILL ADVISORS LLC, a California limited liability company,<br><br>Defendant. | **Case No. CV-08-5016-SBA**<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: February 22, 2010<br>Hearing Date: January 12, 2010<br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom: 3 (3rd Floor) |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's ex parte application to modify the briefing schedule for Defendant's Motion for Summary Judgment (Docket No. 36) is GRANTED. Plaintiff's opposition shall be filed by no later than December 11, 2009, and Defendant's reply shall be filed by no later than December 22, 2009. Defendant's Motion for Summary Judgment shall be heard on January 12, 2010. This Order terminates Docket No. 40.

IT IS SO ORDERED.

Dated: 12/3/09

*[signature]*
The Honorable Saundra Brown Armstrong
United States District Judge

3581\004\1619233.1

- 1 -

Case No. C-08-05016-SBA | [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT