SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; ljacobs@sflaw.com

Attorneys for Plaintiff
SAND HILL ADVISORS, LLC


MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
J. MICHAEL KEYES, pro hac vice
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Email: mike.bettinger@klgates.com;
rachel.davidson@klgates.com

Attorneys for Defendant
SAND HILL ADVISORS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAND HILL ADVISORS LLC, a California limited liability company,<br><br>Defendant. | Case No. CV-08-5016-SBA<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULE** |

This stipulation is made by and between Plaintiff Sand Hill Advisors, LLC, a Delaware limited liability company (the "Plaintiff") and Defendant Sand Hill Advisors, LLC, a California limited liability company (the "Defendant").

**WHEREAS** the Defendant's Motion for Summary Judgment, which was heard on

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  January 12, 2010, is currently pending before the Court;

2  **WHEREAS** trial of this matter is set for February 22, 2010;

3  **WHEREAS**, pursuant to the Court's Pretrial Preparation Order, certain pretrial
4  preparation materials, including Proposed Findings of Fact and Conclusions of Law, Trial Briefs,
5  Witness Lists, Designations of Discovery excerpts, Exhibits, Exhibit Lists, and the Joint Pretrial
6  Statement, are due to be filed, served and/or exchanged on January 26, 2010; and

7  **WHEREAS** the parties recognize that the Court's decision on Defendant's Motion for
8  Summary Judgment could narrow the issues for trial or resolve the dispute entirely, and that this
9  decision will therefore impact the nature of the pretrial preparation.

10  **NOW THEREFORE**, Plaintiff and Defendant, by and through their attorneys, hereby
11  stipulate and request that the Court issue an Order extending the deadline to file, serve and/or
12  exchange the pretrial preparation materials until one week after the Court's order on Defendant's
13  Motion for Summary Judgment is issued.

14  DATED: January 21, 2010    SHARTSIS FRIESE LLP

16                              By:*/s/ James P. Martin*
17                                  JAMES P. MARTIN

18  Attorneys for Plaintiff
    SAND HILL ADVISORS LLC, A
19  CALIFORNIA LIMITED LIABILITY
    COMPANY

20  DATED: January 21, 2010    K & L GATES LLP

22                              By:*/s/ Rachel R. Davidson*
23                                  RACHEL R. DAVIDSON, ESQ.

24  Attorneys for Plaintiff
    SAND HILL ADVISORS LLC, A
25  DELAWARE LIMITED LIABILITY
    COMPANY

Case No.                        - 2 -
CV-08-05016-SBA    STIPULATION AND [PROPOSED] ORDER RE PRETRIAL
                              SCHEDULE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## **ORDER**

For good cause shown, the Court hereby Orders that the parties shall file their Proposed Findings of Fact and Conclusions of Law, Trial Briefs, Witness Lists, Exhibit Lists, Designations of Discovery Excerpts and Joint Pretrial Statement by no later than five days after the Court issues its Order on Defendant's Motion for Summary Judgment (Docket No. 36).

IT IS SO ORDERED.

DATED: 1/22/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

3581\004\1627348.2