UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAND HILL ADVISORS, LLC, a California limited liability company,<br><br>    Defendant. | Case No: C 08-5016 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: January 26, 2010

                                                   SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge