UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAND HILL ADVISORS, LLC, a California limited liability company,<br><br>　　　　　Defendant. | Case No:  C 08-5016 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 61 |

　　　IT IS HEREBY ORDERED THAT Defendant's Motion for Attorneys' Fees (Docket 61) along with any disputes concerning the Bill of Costs, are REFERRED to the Chief Magistrate Judge or her designee for determination.  The parties shall provide courtesy copies of their motion papers to the assigned Magistrate Judge.

　　　IT IS SO ORDERED.

Dated:  February 16, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge