# UNITED STATES DISTRICT COURT
## Northern District of California

SAND HILL ADVISORS LLC,

        Plaintiff(s),

  v.

SAND HILL ADVISORS LLC,

        Defendant(s).
_____/

No. C 08-05016 SBA (MEJ)

**NOTICE OF REFERENCE**

    The above-captioned case was referred to Magistrate Judge Maria-Elena James to resolve Defendant's Motion for Attorneys' Fees (Dkt. #61) and any disputes concerning the bill of costs. Accordingly, the Court shall conduct a hearing on April 8, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by March 18, 2010, and Plaintiff shall file any reply by March 25, 2010. When filing any documents, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

    Plaintiff shall serve this order upon all other parties in this action. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: March 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge