**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| SAND HILL ADVISORS LLC,<br><br>        Plaintiff(s),<br>  v.<br>SAND HILL ADVISORS LLC,<br><br>        Defendant(s). | No. C 08-05016 SBA (MEJ)<br><br>**ORDER VACATING HEARING RE: DKT #61** |

This matter is currently scheduled for a April 22, 2010 hearing regarding Defendant's Motion for Attorney's Fees. (Dkt. #61.) Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the April 22 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: April 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge