UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAND HILL ADVISORS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAND HILL ADVISORS, LLC, a California limited liability company,<br><br>        Defendant. | Case No:  C 08-5016 SBA<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

This matter is scheduled for hearing on September 21, 2010, for Defendant Sand Hill Advisors LLC's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.  To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

1. Any opposition to the motion shall be filed by no than July 9, 2010.  The failure to timely file an opposition may be construed as a consent to the granting of the motion.

2. Any reply shall be filed by no later than July 16, 2010.

3. The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: June 23, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge